**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**

**CRIMINAL ACTION NO. 11-1-DLB**

**UNITED STATES OF AMERICA**                                                            **PLAINTIFF**

vs.                                      **<u>ORDER</u>**

**JERRA LYKINS**                                                                  **DEFENDANT**

\*    \*    \*    \*    \*    \*    \*

This matter is before the Court upon the Report & Recommendation (R&R) of the United States Magistrate Judge wherein he recommends that the Court revoke Defendant's supervised release and that she be sentenced to a term of six (6) months imprisonment, with thirty-six (36) months of supervised release, minus the term of imprisonment, to follow. (Doc. # 10). The Magistrate Judge's R&R further recommends that Defendant comply with the Eastern District of Kentucky's sex offender supervision conditions once Defendant is again subject to supervised release. During the final revocation hearing conducted by Magistrate Judge Atkins on August 4, 2011, Defendant admitted to violating Special Condition Number Two described in the July 5, 2011 Supervised Release Violation Report.

Defendant having waived her right to allocution (Doc. # 9), there being no objections to the Magistrate Judge's R&R, and the time for filing having now expired, the R&R is ripe for the Court's consideration. Having reviewed the R&R, and the Court concluding that the R&R is sound in all respects, including the recommended sentence and the basis for said

1

recommendation, and the Court being otherwise sufficiently advised;

**IT IS ORDERED** as follows:

1. The Report and Recommendation (Doc. # 10) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

2. Defendant is found to have **VIOLATED** the terms of her supervised release;

3. Defendant's supervised release is hereby **REVOKED**;

4. Defendant is sentenced to **CUSTODY** of the Attorney General for a period of six (6) months with thirty-six (36) months of supervised release, minus the term of imprisonment, to follow;

5. Defendant shall continue on the conditions previously imposed, but shall also adhere to the Eastern District of Kentucky's sex offender supervision conditions; and

6. A Judgment shall be entered concurrently herewith.

This 26th day of August, 2011.



Signed By:
*David L. Bunning*
United States District Judge

G:\DATA\ORDERS\Ashland Criminal\2011\11-1-Order-Adopting-SR-R&R.wpd